| | |
|---|---|
| 1 | Bradley T. Austin, Esq. |
| 2 | Nevada Bar No. 13064 |
|   | SNELL & WILMER L.L.P. |
| 3 | 3883 Howard Hughes Parkway, Suite 1100 |
|   | Las Vegas, Nevada 89169 |
| 4 | Telephone: (702) 784-5200 |
|   | Facsimile: (702) 784-5252 |
| 5 | baustin@swlaw.com |

*Attorneys for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGIA A. SMITH, | ) | **Case No. 2:17-cv-02995-RFB-GWF** |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF EXTENSION OF** |
| | ) | **TIME FOR DEFENDANT EQUIFAX** |
| vs. | ) | **INFORMATION SERVICES LLC TO** |
| | ) | **FILE ANSWER** |
| CITIBANK, N.A. D/B/A SHELL/CBNA; | ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) | **(SECOND REQUEST)** |
| | ) | |
| Defendants. | ) | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 10, 2018 through and including **January 24, 2018**. The request was made by Equifax, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Respectfully submitted, this 10th day of January, 2018

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services, LLC*

**___No opposition___**

/s/ *David H. Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: January 11, 2018

4826-5915-7338